MICHELE BECKWITH
Acting United States Attorney
NICOLE VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>DARON TYSON,<br><br>             Defendant. | CASE NO. 1:22-CR-00225-DJC<br><br>STIPULATION REGARDING PRELIMINARY HEARING; SETTING ADMIT/DENY HEARING; FINDINGS AND ORDER<br><br>DATE: January 29, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Daron Tyson, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a preliminary hearing on January 29, 2025.

2. By this stipulation, the parties now move to vacate the preliminary hearing and set this matter for an admit/deny hearing on February 20, 2025.

3. Counsel for the defendant has notified the government that defendant no longer requests a preliminary hearing.

4. Counsel for defendant has notified the government that defendant now wishes to admit to certain violations set forth in the petition.

5. The government does not oppose the requested changes.

6. Government counsel has conferred with probation, who is available on February 20, 2025, and does not oppose the requested changes.

IT IS SO STIPULATED.

Dated:  January 24, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ *NICOLE VANEK*
NICOLE VANEK
Assistant United States Attorney

Dated:  January 24, 2025

/s/ *MEGAN HOPKINS*
MEGAN HOPKINS
Counsel for Defendant
DARON TYSON

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: January 24, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION RE PRELIMINARY HEARING; SETTING OF
ADMIT/DENY HEARING

2