# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №: 1:22-cr-00225 DJC |
| Plaintiff, | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | |
| DARON TYSON | |
| Defendant. | |

The above-named defendant recently had an initial appearance in the Northern District of California and had appointed counsel in that court. Although the Eastern District of California date is not yet set a court date, the Federal Defender believes this client is entitled to counsel. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED Megan Hopkins is appointed to represent the above defendant in this case effective *nunc pro tunc* to April 22, 2026.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:    April 22, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL                    1