ERIC GRANT
United States Attorney
NICOLE M. VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00225-DJC |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; FINDINGS AND ORDER |
| v. | |
| DARON TYSON, | DATE: June 25, 2026 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Daron Tyson, by and through his counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for an admit/deny hearing on June 25, 2026.

2.    By this stipulation, the parties now move to continue the admit/deny hearing until July 16, 2026, at 9:00 a.m.

3.    The assigned probation officer has informed the parties that she has filed a superseding petition against the defendant.

4.    The probation officer has notified the parties that the defendant will likely make his initial appearance on the superseding petition on or about Tuesday, June 23, 2026.

5.    Counsel for the defendant requests more time to meet with her client on the superseding petition in order for all alleged charges to be adequately addressed at the admit/deny hearing.

STIPULATION RE CONTINUANCE OF ADMIT/DENY HEARING

1

6.      Neither the probation officer nor the attorney for the government oppose the requested continuance.

IT IS SO STIPULATED.

Dated:  June 18, 2026                                   ERIC GRANT
                                                        United States Attorney


                                                        /s/ NICOLE M. VANEK
                                                        NICOLE M. VANEK
                                                        Assistant United States Attorney


Dated:  June 18, 2026                                   /s/ MEGAN HOPKINS
                                                        MEGAN HOPKINS
                                                        Counsel for Defendant
                                                        DARON TYSON


**ORDER**

IT IS SO FOUND AND ORDERED this 18th day of June, 2026.


                                                        /s/ Daniel J. Calabretta
                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                        UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE OF ADMIT/DENY          2
HEARING