MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
DARON TYSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DARON TYSON,<br>Defendant. | Case No. 1:22-cr-00225-DJC<br><br>STIPULATION TO CONTINUE DISPOSITION HEARING; ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney Eric Grant, through Assistant United States Attorney Nicole Vanek, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Daron Tyson, that the previously-scheduled disposition hearing on August 27, 2026, be continued to **September 17, 2026**, at **9:00 a.m.** or such time thereafter as the Court is available. The probation officer has confirmed her availability on that date and time as well.

The requested continuance will provide defense counsel with the additional time needed to investigate mitigating information and obtain records, and to provide them to the government and probation prior to the disposition hearing.

/ / /

/ / /

/ / /

/ / /

The government does not oppose the continuance and so stipulates.

Respectfully submitted,

Dated: August 18, 2026

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
DARON TYSON

Dated: August 18, 2026

ERIC GRANT
United States Attorney

/s/ *Nicole Vanek*
NICOLE VANEK
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order. The disposition hearing previously set for August 27, 2026, is hereby continued to September 17, 2026, at 9:00 a.m.

Dated: August 18, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE